OPINION — AG — **** COUNTY ROAD FUNDS CANNOT BE USED TO TRANSPORT PERSONS TO UNIVERSITY HOSPITAL **** COUNTY COMMISSIONERS MAY NOT USE COUNTY ROAD FUNDS TO HAUL PERSONS TO AND FROM UNIVERSITY HOSPITAL. CITE: 68 O.S. 1970 Supp., 601 [68-601], 68 O.S. 1970 Supp., 503 [68-503], 68 O.S. 1970 Supp., 502 [68-502], 68 O.S. 1970 Supp., 502 [68-502], 68 O.S. 1970 Supp., 519 [68-519] (MARVIN C. EMERSON) ** SEE OPINION NO. 92-599 (1992) ** SEE: OPINION NO. 71-294 (1971) **